MILDRED J. JAMACK, Respondent, *v.* ROBERT M. DICK, Appellant.

Argued November 21, 1939; decided December 28, 1939.

*Irving I. Goldsmith, Adolph Bruenner, Monroe Collenburg* and *Joseph L. Roesch* for appellant.

*Philip J. Nathan* and *Jacquin Frank* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.